IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cowherd, Cynthia | Case Number: 04 B 41465 |
| | Judge: Hollis, Pamela S |
| Printed: 7/22/08 | Filed: 11/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 2, 2007
Confirmed: January 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,300.00 | |
| Secured: | | 764.94 |
| Unsecured: | | 3,366.83 |
| Priority: | | 0.00 |
| Administrative: | | 2,354.00 |
| Trustee Fee: | | 338.52 |
| Other Funds: | | 475.71 |
| Totals: | 7,300.00 | 7,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Illinois Title Loans | Secured | 764.94 | 764.94 |
| 3. | Fast Cash Advance | Unsecured | 276.58 | 588.46 |
| 4. | Americash Loans, LLC | Unsecured | 192.21 | 408.96 |
| 5. | Cash America Financial Services | Unsecured | 587.76 | 1,250.56 |
| 6. | Pay Day Loans | Unsecured | 294.38 | 626.35 |
| 7. | Advance Til Payday | Unsecured | 231.48 | 492.50 |
| 8. | National Quick Cash | Unsecured | | No Claim Filed |
| 9. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 10. | Pay Day Loans | Unsecured | | No Claim Filed |
| 11. | United Cash Loans | Unsecured | | No Claim Filed |
| 12. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 13. | Cash Advance | Unsecured | | No Claim Filed |
| 14. | Preferred Cash Loans | Unsecured | | No Claim Filed |
| 15. | St Bernard Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,701.35 | $ 6,485.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 26.00 |
| 4% | 25.29 |
| 3% | 10.02 |
| 5.5% | 56.57 |
| 5% | 17.05 |
| 4.8% | 137.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cowherd, Cynthia | Case Number: 04 B 41465 |
| | Judge: Hollis, Pamela S |
| Printed: 7/22/08 | Filed: 11/9/04 |

                              5.4%                      66.11
                                                  _____
                                                 $ 338.52

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

